UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURTIS McDANIEL,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE PEOPLE OF THE CITY OF NEW YORK, *et al.*,<br><br>                              Defendants. | 20-CV-0254 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 2, 2020, dismissing the complaint,

Plaintiff's complaint is dismissed without prejudice to *McDaniel v. People of the State of New York*, ECF 1:19-CV-7680, 3.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  June 2, 2020
        New York, New York

                                        _____
                                                COLLEEN McMAHON
                                        Chief United States District Judge